UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE SAROD POWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH FAIN, et al.,<br><br>  Defendants. | Case No. 20-cv-05564-WHO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 13 |

On November 4, 2020, defendants moved to dismiss pro se plaintiff Adrienne Sarod Powell's Amended Complaint, setting the motion to be heard on January 6, 2021. Dkt. No. 13. Powell's opposition to the motion was due on November 18, 2020. To date, Powell has failed to oppose the motion. Powell is hereby ORDERED TO SHOW CAUSE by **December 16, 2020** why this case should not be dismissed for failure to prosecute.

Powell can satisfy this Order To Show Cause by filing an opposition to the pending motion to dismiss by December 16, 2020. If Powell opposes, defendants may file a reply on or before December 23, 2021, and the hearing will remain set on **January 6, 2021 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: December 2, 2020

William H. Orrick
United States District Judge